**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PACIFIC RIVERS COUNCIL,
*Plaintiff-Appellant*,

v.

UNITED STATES FOREST SERVICE;
MARK REY, in his official capacity
as Under Secretary of Agriculture;
DALE BOSWORTH, in his capacity as
Chief of the United States Forest
Service; JACK BLACKWELL, in his
official capacity as Regional
Forester, Region 5, United States
Forest Service,
*Defendants-Appellees*,

and

CALIFORNIA FORESTRY
ASSOCIATION; AMERICAN FOREST &
PAPER ASSOCIATION; QUINCY
LIBRARY GROUP; PLUMAS COUNTY;
CALIFORNIA SKI INDUSTRY
ASSOCIATION,
*Defendant-intervenors-Appellees*.

No. 08-17565

D.C. No.
2:05-cv-00953-
MCE-GGH

ORDER

On Remand From The United States Supreme Court

Filed July 29, 2013

Before: Stephen Reinhardt, William A. Fletcher,
and N. Randy Smith, Circuit Judges.

**ORDER**

Pursuant to the June 17, 2013, order of the Supreme Court, we remand this case to the United States District Court for the Eastern District of California with instructions to dismiss the case as moot in its entirety.